# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 11, 2020

160552

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JONATHAN SAMI GOGA,
    Defendant-Appellant.

SC: 160552
COA: 350532
Wayne CC: 18-007081-FC

_____/

On order of the Court, the application for leave to appeal the September 23, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 11, 2020



Clerk

t0310